**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Antwon ARRINGTON, Petitioner**

No. 376 WAL 2016

Supreme Court of Pennsylvania.

Feb. 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.